JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER MOHAMED, | Case No. CV 20-00483-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: September 04, 2020

_Patricia Donahue_

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE